■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR ROSARIO, Appellant. [865 NYS2d 588]—Judgment, Supreme Court, Bronx County (Seth L. Marvin, J.), rendered on or about November 16, 2007, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Nardelli, Buckley and Freedman, JJ.